**938**

No. 1418, Misc.   HARRIS v. NORTH CAROLINA ET AL.
C. A. 4th Cir.   Certiorari denied.

No. 1419, Misc.   LINEBARGER v. PAGE, WARDEN.   C. A.
10th Cir.   Certiorari denied.

No. 1426, Misc.   MASON ET UX. v. LONG ISLAND
SAVINGS BANK, FORMERLY LONG ISLAND CITY SAVINGS
BANK.   Sup. Ct. N. Y., Suffolk County.   Certiorari
denied.   *Joseph N. Friedman* for respondent.

No. 1430, Misc.   WORTHY v. UNITED STATES.   C. A.
D. C. Cir.   Certiorari denied.   *Solicitor General Gris-
wold, Assistant Attorney General Wilson, Beatrice
Rosenberg,* and *Edward Fenig* for the United States.

No. 1447, Misc.   FIGUEROA v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied.   *Solicitor General Griswold*
for the United States.

No. 1452, Misc.   Fox v. BROWN, SECRETARY OF THE
AIR FORCE, ET AL.   C. A. 2d Cir.   Certiorari denied.
*Moses M. Falk* for petitioner.   *Solicitor General Griswold,
Assistant Attorney General Ruckelshaus, Morton Hol-
lander,* and *Robert E. Kopp* for respondents.
[For earlier order herein, see 393
U. S. 1114.]

No. 1456, Misc.   YOUNGLOVE v. HANNAH ET AL.   Sup.
Ct. Mich.   Certiorari denied.   *Leland W. Carr, Jr.,* for
Hannah, *Frank J. Kelley,* Attorney General of Michigan,
*pro se,* and *Robert A. Derengoski,* Solicitor General, and
*James J. Wood,* Assistant Attorney General, for other
respondents.